*W. A. Hardenbrook,* for plaintiff in error.

*W. B. Mills,* for defendant in error.

――――――▶●◀――――――

## SKILES *et al. v.* BAKER *et al.*

(*Supreme Court of Colorado, December Term, 1882—Error to County Court of Gunnison County.*)

1. SUMMONS BY PUBLICATION. The defendant, in case of service of summons by publication, has forty days after service is complete in which to make defense. *Example:* First publication, Nov. 13 ; last publication, Dec. 4—service complete, Dec. 14.

ELBERT, C. J. In this case the service of summons was by publication. The first publication was November the 13th ; the last, December 4th. Judgment of default was entered December 15th.

This was error. Publication only effects the service of the summons. Under the provisions of Sec. 42 of the Code the service in this case was not complete until December 14th ; and, under the provisions of Sec. 32, the defendant had forty days thereafter in which to answer. This was held in the case of *Conley* v. *Morris,* 6 Col., decided at the April term.

The judgment of the Court below is reversed and the cause remanded.

*Browne & Putnam,* for plaintiffs in error.